

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00299-CV

**GOLDA SEALE LANIER,**

**Appellant**

**v.**

**LEON INDEPENDENT SCHOOL DISTRICT,**

**Appellee**

**From the 87th District Court
Leon County, Texas
Trial Court No. T-12-437**

## MEMORANDUM OPINION

Appellants, Patrick Lanier and the Estate of Golda Seale Lanier, have filed an unopposed motion to dismiss his appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent the parties from seeking relief to which they would otherwise be entitled. The motion is granted, and the appeal is hereby dismissed.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP.

P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007); *see* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b), 51.941(a) (West 2005); *see also* TEX. GOV'T CODE ANN. § 51.208 (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. Tex. R. App. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellants.


                                             AL SCOGGINS
                                             Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed December 5, 2013
[CV06]